**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| KATHLEEN D. KENNEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIER 1 IMPORTS, INC., ALEXANDER W. SMITH, and CHARLES H. TURNER,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-02798-D<br><br>Honorable Sidney A. Fitzwater |
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIER 1 IMPORTS, INC., ALEXANDER W. SMITH, and CHARLES H. TURNER,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-03415-D<br><br>Honorable Sidney A. Fitzwater<br><br>**NOTICE OF NON-OPPOSITION OF THE PIER 1 INVESTOR GROUP TO COMPETING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD OF COUNSEL** |

Lead Plaintiff movants, Kathleen D. Kenney, James Greenshields, and Janice Su, (collectively, the "Pier 1 Investor Group") respectfully submit this notice of non-opposition with respect to competing Lead Plaintiff motions.

Based upon a review of the motions and supporting documentation provided by the other movants seeking appointment as Lead Plaintiff, the Pier 1 Investor Group does not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995.

By submitting this response in non-opposition to the competing motions, the Pier 1 Investor Group does not waive its right to participate as a plaintiff and/or to recover as a class member in this litigation. Moreover, to the extent there is any issue now or in the future, with respect to the competing movants' ability to stand as a Lead Plaintiff, or to the extent their loss calculations are not as represented, the Pier 1 Investor Group stands ready, willing, and able to serve as Lead Plaintiff and to have its choice of counsel be Scott+Scott, Attorneys at Law, LLP and Glancy, Prongay & Murray LLP ("Glancy"), as Co-Lead Counsel, and Federman & Sherwood, as Liaison Counsel for the putative Class.

Dated:   December 7, 2015            Respectfully submitted,

                                       *s/* William Federman
                                      William B. Federman (TX Bar No. 00794935)
                                      **FEDERMAN & SHERWOOD**
                                      2926 Maple Avenue, Suite 200
                                      Dallas, TX 75201
                                      Telephone:    214-696-1100
                                      Facsimile:    214-740-0112
                                      Email:   wbf@federmanlaw.com

                                      -and-

                                      10205 North Pennsylvania Avenue
                                      Oklahoma City, OK 73120
                                      Telephone:    405-235-1560
                                      Facsimile:    405-239-2112

-and-

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Joseph P. Guglielmo (*pro hac vice*)
Thomas L. Laughlin (*pro hac vice*)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone:     212-223-6444
Facsimile:     212-223-6334
Email:   jguglielmo@scott-scott.com
             tlaughlin@scott-scott.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:     310-201-9150
Facsimile:     310-201-9160
Email:   lglancy@glancylaw.com
             RProngay@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone:     770-392-0090
Facsimile:     770-392-0029
Email:   cholzer@holzerlaw.com

3

4

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 7, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

     I certify under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2015.

                                               *s/* William Federman
                                                William B. Federman