IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 3:15-CV-3415-D |
| PIER 1 IMPORTS, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

The court sets for hearing on Friday, March 4, 2016 at 2:00 p.m. all pending motions filed or lodged in this civil action for appointment as lead plaintiff and for approval of selection of lead counsel. Because it appears that all motions to consolidate are moot, the court will deny the motions without prejudice unless advised that it is necessary to decide them.

The court intends to file no later than February 5, 2016 an order that specifies the hearing procedures, including time limits.

**SO ORDERED**.

December 11, 2015.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE