**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC., ALEXANDER W. SMITH, and CHARLES H. TURNER,<br><br>Defendants. | Case No. 3:15-CV-3415-D<br><br>Honorable Sidney A. Fitzwater |

**AGREED ORDER REGARDING SERVICE AND**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

THIS CAUSE came before the Court upon the parties' Joint Stipulation regarding service and extending time to respond to complaint, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. Counsel for Defendants Pier 1 Imports, Inc., Alexander W. Smith, and Charles H. Turner is authorized and agrees to accept service of the complaint in this action on behalf of these Defendants;

2. In the interests of judicial economy and preserving the resources of the parties and the Court, no answer, motion, or other response to the complaint shall be due until after the Court appoints a Lead Plaintiff and approves selection of Lead Counsel to represent the Class and Lead Plaintiff, and Lead Counsel has had the opportunity to prepare an amended and/or consolidated complaint.

3. Any subsequent deadlines will be established by the scheduling order to be entered by the Court after the appointment of Lead Plaintiff and Lead Counsel.

4. No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein.

**IT IS SO ORDERED**

January 15, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE