IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:15-CV-3415-D |
| VS. | § § | |
| PIER 1 IMPORTS, INC., et al., | § § | |
| Defendants. | § | |

### **ORDER**

At the hearing set for Friday, March 4, 2016 at 1:00 p.m. to address the pending motions filed or lodged in this civil action for appointment as lead plaintiff and for approval of selection of lead counsel, the following hearing procedures will apply.

No later than Friday, February 19, 2016, evidence that a movant intends to rely on at the hearing—unless already on file—and any request to present live testimony must be filed with the clerk of court and served upon the other moving parties.[*] A request to present live testimony must substantiate why the evidence cannot reasonably be presented in writing.

Based on the number of shares purchased during the class period and the alleged approximate losses, the movants will make their presentations in this order: Municipal Employees' Retirement System of Michigan, Alaska Electrical Pension Fund, and Employees' Retirement System of the Puerto Rico Electric Power Authority. After each movant is heard, the court will permit each movant, in the same order, to argue in opposition to the other movants' presentations. After each opposition argument is made, the court will permit each movant, in the same order, to

---

[*]The filing may be made under seal, subject to the court's later ordering the filing unsealed.

present brief closing rebuttal argument. If live testimony is permitted, the court will permit direct and cross-examination of witnesses and may permit brief re-direct and re-cross examination of witnesses.

The court will not at this time set time limits on the hearing presentations. But counsel are advised that, due to a court ceremony, if the hearing is not concluded by 3:00 p.m., it will be continued for completion at a later date.

**SO ORDERED**.

February 4, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE