# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PIER 1 IMPORTS, INC., ALEXANDER W. SMITH, and CHARLES H. TURNER,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-03415-D<br><br>Honorable Sidney A. Fitzwater |

**NOTICE OF NEW SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE MOTION OF THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF <u>LEAD COUNSEL</u>**

COMES NOW Lead Plaintiff movant Municipal Employees' Retirement System of Michigan ("Michigan") and hereby respectfully submits this notice of new supplemental authority in support of its Motion for Appointment as Lead Plaintiff. *See* ECF No. 12. Michigan respectfully states as follows:

1.   On March 4, 2016, the Court held oral argument on the competing motions for appointment as Lead Plaintiff. During the argument, counsel for Alaska Electrical Pension Fund ("Alaska") argued that the Court should look to the shorter class period alleged in the related action, *Kenney v. Pier 1 Imports, Inc.*, No. 3:15-cv-2798-D (N.D. Tex.), to determine the movants' financial interest in this case. *See* Hearing Transcript at 18:19-20:9 (attached hereto as Ex. A). In support of that argument, Alaska's counsel cited the then-pending lead plaintiff motions in *Hom v. Vale S.A.*, No. 1:15-cv-9539-GHW (S.D.N.Y.) ("*Vale*"), and suggested that the filing of a complaint that expanded the class period in *Vale* was the result of "manipulation," and should therefore be disregarded. Ex. A at 18:19-20:9. Alaska's counsel further suggested that the purported manipulation of the class period in *Vale* implies that Michigan's counsel acted improperly to expand the class period in this action. *See id.*

2.   On March 7, 2016, the Hon. Gregory H. Woods of the U.S. District Court for the Southern District of New York issued an order on the lead plaintiff motions in *Vale*. *See* Memorandum Opinion and Order, *Hom v. Vale S.A.*, No. 1:15-cv-9539-GHW (S.D.N.Y. Mar. 7, 2016), ECF No. 51 (attached hereto as Ex. B). Judge Woods rejected the arguments in favor of the shorter class period in that case—arguments that are almost identical to those advanced by Alaska here—and followed the well-established precedent that the longest filed class period controls a court's analysis of the financial interest of lead plaintiff movants.

Dated: March 8, 2016                                  Respectfully Submitted,

                                                                          */s/ David Folsom*

David Folsom  
Texas State Bar No. 07210800  
Charles L. Babcock  
Texas State Bar No. 01479500  
David T. Moran  
Texas State Bar No. 14419400  
**JACKSON WALKER LLP**  
KPMG Plaza at Hall Arts  
2323 Ross Avenue, Suite 600  
Dallas, TX 75201  
Telephone: (214) 953.6000  
Facsimile: (214) 953.5822  
dfolsom@jw.com  
dmoran@jw.com  

James M. McCown  
Texas State Bar No. 00788002  
**NESBITT VASSAR & MCCOWN, L.L.P**  
15851 Dallas Parkway, Suite 800  
Addison, TX 75001  
Telephone: (972) 371-2420  
Facsimile: (972) 371-2410  
jmccown@nvmlaw.com  

*Local Counsel for Proposed Lead Plaintiff Municipal Employees' Retirement System of Michigan*

(Admitted *Pro Hac Vice*)  
Gerald H. Silk  
New York State Bar No. 2764140  
Avi Josefson  
New York State Bar No. 4149407  
Michael Blatchley  
New York State Bar No. 4747424  
**BERNSTEIN LITOWITZ BERGER**  
 **& GROSSMANN LLP**  
1285 Avenue of the Americas  
New York, New York 10019  
Telephone: (212) 554-1400  
Facsimile:  (212) 554-1444  
jerry@blbglaw.com  
avi@blbglaw.com  
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff Municipal Employees' Retirement System of Michigan and Proposed Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

 I hereby certify that on this day, March 8, 2016, I electronically filed the above Notice of Supplemental Authority In Support Of The Motion Of The Municipal Employees' Retirement System Of Michigan For Appointment As Lead Plaintiff And Approval Of Its Selection Of Lead Counsel using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ David Folsom*
David Folsom
