UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | Civil Action No. 3:15-cv-03415-D<br><br>CLASS ACTION |
| Plaintiff, | | |
| vs. | | |
| PIER 1 IMPORTS, INC., et al., | | |
| Defendants. | | |

**RESPONSE TO NOTICE OF NEW SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE MOTION OF THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

1126419_1

Alaska Electrical Pension Fund respectfully submits this response to the Notice of New Supplemental Authority filed by Municipal Employees' Retirement System of Michigan (Dkt. No. 44). A cursory review of the Order confirms that the court in that case "blindly accept[ed]" the longer class period simply because it "encompasses more potential class members and damages" – precisely what Judge Ellison warned against. *Compare In re BP, PLC Sec. Litig.*, 758 F. Supp. 2d 428, 434 (S.D. Tex. 2010) *with* Dkt. No. 44-2 at 9.[1] Moreover, and unlike here, it was not alleged that MERS' counsel's movants were not even class members in the original period in *Hom v. Vale S.A.* Stated differently, *Hom* does not support MERS' motion in this Court.

DATED: March 9, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS

s/ DANIELLE S. MYERS
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiff

---

[1] Notably, *Hom* also does not cite *Berger v. Compaq Computer Corp.*, 257 F.3d 475, 484 (5th Cir. 2001).

- 2 -

                KENDALL LAW GROUP, LLP
                JOE KENDALL (State Bar No. 11260700)
                JAMIE J. McKEY (State Bar No. 24045262)
                3232 McKinney Avenue, Suite 700
                Dallas, TX  75204
                Telephone:  214/744-3000
                214/744-3015 (fax)
                jkendall@kendalllawgroup.com
                jmckey@kendalllawgroup.com

                [Proposed] Liaison Counsel

CERTIFICATE OF SERVICE

   I hereby certify that on March 9, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 9, 2016.

                s/ DANIELLE S. MYERS
                DANIELLE S. MYERS

                ROBBINS GELLER RUDMAN
                  && DOWD LLP
                655 West Broadway, Suite 1900
                San Diego, CA  92101-8498
                Telephone:  619/231-1058
                619/231-7423 (fax)

                E-mail: dmyers@rgrdlaw.com

**Mailing Information for a Case 3:15-cv-03415-D**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles L Babcock**
  cbabcock@jw.com,kadair@jw.com,cliczbinski@jw.com,mawalker@jw.com

- **Joseph M Cox**
  joe.cox@bgllp.com,camille.leonard@bgllp.com

- **Stephen B Crain**
  stephen.crain@bgllp.com,chris.garza-guhl@bgllp.com

- **William B Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **David Folsom**
  dfolsom@jw.com,smontgomery@jw.com

- **Mark A Haney**
  mark@pulshaney.com,meredith@pulshaney.com,kelly@pulshaney.com,meg@pulshaney.com

- **Avi Josefson**
  avi@blbglaw.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com

- **James M McCown**
  jmccown@nvmlaw.com,lwren@nvmlaw.com

- **David T Moran**
  dmoran@jw.com,msmale@jw.com

- **Danielle S Myers**
  danim@rgrdlaw.com,johnkg@rgrdlaw.com

- **W Kelly Puls**
  kelly@pulshaney.com,stephanie@pulshaney.com,kolter@pulshaney.com,meredith@pulshaney.com,mark@pulshaney.com

- **Gerald H Silk**
  jerry@blbglaw.com,matthew.mahady@blbglaw.com,ross@blbglaw.com,errol.hall@blbglaw.com,Adam@blbglaw.com,ruben@blbglaw.com,Abe.Alexander@blbglaw.c

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`