UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOWN OF DAVIE POLICE PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC., ALEXANDER W. SMITH, and CHARLES H. TURNER,<br><br>Defendants. | Case No. 3:15-CV-3415-D<br>Honorable Sidney A. Fitzwater |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE EXPERT REPORT OF MARK COHEN

On this day, the Court considered defendants' motion to strike the expert report of Mark Cohen [Dkt. No. 96], together with the response, the reply, the pleadings, and arguments of counsel. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the expert report of Mark Cohen [Dkt. No. 86-1] and those portions of Plaintiff's Amended Complaint [Dkt. No. 86] that rely upon his opinions are stricken.

**IT IS SO ORDERED.**

DATED: *April 25, 2018*

_____
HON. KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE