# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2019
Lyle W. Cayce
Clerk

---

No. 18-10998

---

D.C. Docket No. 3:15-CV-3415

MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN,

Plaintiff - Appellant

v.

PIER 1 IMPORTS, INCORPORATED; ALEXANDER W. SMITH; CHARLES H. TURNER,

Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before SMITH, WIENER, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued as the mandate on Sep 10, 2019**

**Attest:** Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 10, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 18-10998 Town of Davie Plce Pension Pln v. Pier 1 Imports, Incorporated, et al
USDC No. 3:15-CV-3415

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: Mr. Bradley Jason Benoit
Mr. Jai Kamal Chandrasekhar
Mr. Stephen Burton Crain
Mr. Richard Phillip Ieyoub
Mr. Adam H. Wierzbowski